IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WELLS FARGO BANK, N.A.,         )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )      1:11cv912-MHT
                                )           (WO)
MAJOR DEVELOPMENTS - DADE       )
CITY, LLC and M. ADAM           )
JONES,                          )
                                )
     Defendants.                )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 12), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of March, 2012.

             /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE